B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Mark C Bishop,**
      **Lynn W Bishop**

Case No.  **10-33702**

Debtors

Chapter  **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 575,500.00 | | |
| B - Personal Property | Yes | 5 | 25,961.41 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 809,301.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 55,638.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,330.97 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,778.06 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 601,461.41 | | |
| Total Liabilities | | | | 864,939.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Mark C Bishop,**
**Lynn W Bishop**

Debtors

Case No. **10-33702**

Chapter **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,330.97 |
| Average Expenses (from Schedule J, Line 18) | 6,778.06 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 8,964.76 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 171,136.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 55,638.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 226,774.00 |

B6B (Official Form 6B) (12/07)

.

| In re | **Mark C Bishop,** | | Case No. | **10-33702** |
| | **Lynn W Bishop** | | | |

Debtors ,

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | cash on debtor's persons | J | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account maintained at Chase Bank, # **** 4039 | H | 150.00 |
| | | checking account maintained at Chase Bank # **** 6376 | J | 100.00 |
| | | checking account maintained at Chase Bank (for taxes and insurance) # **** 6594 | J | 20.00 |
| | | Savings account (Way2Save) maintained at Wachovia Bank # **** 2722 | J | 300.00 |
| | | Wachovia Checking Account # **** 7020 | J | 700.00 |
| | | Wachovia checking account # **** 1264 | H | 400.00 |
| | | American Airlines Credit Union Account # **** 40542 | W | 128.41 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Master bedroom set (queen bed, armoire, drawers, 2 night stands, computer desk and hutch, file cabinet, chest, ottoman, 2 lamps 1 television, dvd player) | J | 200.00 |
| | | 2nd bedroom set (bunkbed, bookshelf, lamp, television, playstation, x-box, ) | J | 100.00 |
| | | 3rd bedroom set (twin bed, drawers, desk, hutch, chair, lamp) | J | 100.00 |
| | | guest room set (twin bed, desk/chair and lamp) | J | 50.00 |

Sub-Total >   **2,298.41**
(Total of this page)

___4___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

| In re | **Mark C Bishop,** | Case No. | **10-33702** |
|---|---|---|---|
| | **Lynn W Bishop** | | |

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | living room set (sofa, chair, ottoman, chaise lounge chair, 2 end tables, coffee table, faux tree, 2 lamps, casio electronic piano (cheap - $110 retail new), ottoman, children's table/chair set, 6 framed posters | J | 200.00 |
| | | dining room (table, 6 chairs, 1 china hutch) | J | 100.00 |
| | | family room set (couch, 2 recliners, 2 end tables, 2 lamps, 1 coffee table, 1 sofa table, 2 small lamps, 1 entertainment center, television, vcr/dvd, stereo) | J | 200.00 |
| | | kitchen set (table, chairs, misc. appliances - washer/dryer, refrigerator, stove, oven, dishware, flatware, drinkware, utensils) | J | 300.00 |
| | | outdoor patio set (BBQ, table,  plastic chairs, chairs, umbrella/stand, inflatable 14' pool, storage box and toys, shed, cargo compartment, storeage shed | J | 100.00 |
| | | desktop computer, laptop, peripherals, desks, shelves, supplies, fax machine, small camera, television, table | J | 200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | personal clothing | J | 50.00 |
| 7. Furs and jewelry. | | wedding ring; watch; costume jewlery | J | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | eliptical machine, basket ball hoop game | J | 100.00 |
| | | tennis racquets | J | 10.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   1,460.00
(Total of this page)

Sheet   **1**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

| In re | Mark C Bishop, | Case No. | 10-33702 |
|-------|----------------|----------|----------|
|       | Lynn W Bishop  |          |          |

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | AMR Stock Option - value listed below is estimated (Ticker symbol is AMR; option balance is 293) | W | 500.00 |
| | | AMR Stock Option - value listed below is estimated (Ticker symbol is AMR; option balance is 293) | H | 500.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | eviction judgment against Steven J. Shadler (Palm Beach County Court Civil Division RS, # 2009 CC 011281 SB) | J | 4,250.00 |
| | | estimated 2008 income tax refund | J | 5,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    10,250.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re   **Mark C Bishop,**                                                    Case No. _____**10-33702**_____
            **Lynn W Bishop**
                                                                                            ,
                                          Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **driver's licenses and husband's real estate licence** | J | 3.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Dodge Durango  - 108k miles (KBB private party value listed herein based on 8-9-2010 report)** | J | 5,635.00 |
| | | **2002 Mercury Grand Marquis GS - 60k miles (FMV listed herein based on KBB private party value reported 8-9-2010)** | J | 5,060.00 |
| | | **Motorcycle 1973 "Norton"  - poor condition  not running** | J | 500.00 |
| | | **1992 Ford F-150 - inoperable/poor condition** | J | 750.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 fifteen year old american eskimos; 1 fifteen year old cat; fish; hamsters** | J | 5.00 |

Sub-Total >         11,953.00
(Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Mark C Bishop,**
     **Lynn W Bishop**

Case No.    **10-33702**

Debtors,

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **25,961.41** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Mark C Bishop,**                                      Case No.    **10-33702**
      **Lynn W Bishop**

                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** **Location: 10 Lake Eden Drive, Boynton Beach FL 33435 - homestead (FMV listed herein based on zillow.com report 8-9-2010)** | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222.02, 222.05 | 100% | 349,000.00 |
| **Cash on Hand** **cash on debtor's persons** | Fla. Const. art. X, § 4(a)(2) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** **checking account maintained at Chase Bank, # **** 4039** | Fla. Stat. Ann. § 222.11(2)(a) | 150.00 | 150.00 |
| **checking account maintained at Chase Bank # **** 6376** | Fla. Stat. Ann. § 222.11(2)(a) Fla. Stat. Ann. § 222.11(2)(c) | 100% 100% | 100.00 |
| **checking account maintained at Chase Bank (for taxes and insurance) # **** 6594** | Fla. Stat. Ann. § 222.11(2)(a) | 100% | 20.00 |
| **Savings account (Way2Save) maintained at Wachovia Bank # **** 2722** | Fla. Stat. Ann. § 222.11(2)(a) | 100% | 300.00 |
| **Wachovia Checking Account # **** 7020** | Fla. Stat. Ann. § 222.11(2)(a) | 100% | 700.00 |
| **Wachovia checking account # **** 1264** | Fla. Stat. Ann. § 222.11(2)(a) | 100% | 400.00 |
| **American Airlines Credit Union Account # **** 40542** | Fla. Stat. Ann. § 222.11(2)(a) | 128.41 | 128.41 |
| **Household Goods and Furnishings** **Master bedroom set (queen bed, armoire, drawers, 2 night stands, computer desk and hutch, file cabinet, chest, ottoman, 2 lamps 1 television, dvd player)** | Fla. Const. art. X, § 4(a)(2) | 200.00 | 200.00 |
| **2nd bedroom set (bunkbed, bookshelf, lamp, television, playstation, x-box, )** | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |
| **3rd bedroom set (twin bed, drawers, desk, hutch, chair, lamp)** | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |
| **guest room set (twin bed, desk/chair and lamp)** | Fla. Const. art. X, § 4(a)(2) | 50.00 | 50.00 |
| **living room set (sofa, chair, ottoman, chaise lounge chair, 2 end tables, coffee table, faux tree, 2 lamps, casio electronic piano (cheap - $110 retail new), ottoman, children's table/chair set, 6 framed posters** | Fla. Const. art. X, § 4(a)(2) | 200.00 | 200.00 |
| **dining room set (table, 6 chairs, 1 china hutch)** | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |

   **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

10/22/10  2:00PM

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Mark C Bishop,**
**Lynn W Bishop**

Case No. ___**10-33702**___

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| family room set (couch, 2 recliners, 2 end tables, 2 lamps, 1 coffee table, 1 sofa table, 2 small lamps, 1 entertainment center, television, vcr/dvd, stereo) | Fla. Const. art. X, § 4(a)(2) | 200.00 | 200.00 |
| kitchen set (table, chairs, misc. appliances - washer/dryer, refrigerator, stove, oven, dishware, flatware, drinkware, utensils) | Fla. Const. art. X, § 4(a)(2) | 300.00 | 300.00 |
| outdoor patio set (BBQ, table,  plastic chairs, chairs, umbrella/stand, inflatable 14' pool, storage box and toys, shed, cargo compartment, storeage shed | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |
| desktop computer, laptop, peripherals, desks, shelves, supplies, fax machine, small camera, television, table | Fla. Const. art. X, § 4(a)(2) | 200.00 | 200.00 |
| **Wearing Apparel** personal clothing | Fla. Const. art. X, § 4(a)(2) | 50.00 | 50.00 |
| **Furs and Jewelry** wedding ring; watch; costume jewlery | Fla. Const. art. X, § 4(a)(2) | 200.00 | 200.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** eliptical machine, basket ball hoop game | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |
| tennis racquets | Fla. Const. art. X, § 4(a)(2) | 10.00 | 10.00 |
| **Licenses, Franchises, and Other General Intangibles** driver's licenses and husband's real estate licence | Fla. Const. art. X, § 4(a)(2) | 3.00 | 3.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** 2003 Dodge Durango  - 108k miles (KBB private party value listed herein based on 8-9-2010 report) | Fla. Stat. Ann. § 222.25(1) | 100% | 5,635.00 |
| 2002 Mercury Grand Marquis GS - 60k miles (FMV listed herein based on KBB private party value reported 8-9-2010) | Fla. Stat. Ann. § 222.25(1) | 100% | 5,060.00 |
| 1992 Ford F-150 - inoperable/poor condition | Fla. Stat. Ann. § 222.25(1) | 750.00 | 750.00 |
| **Animals** 2 fifteen year old american eskimos; 1 fifteen year old cat; fish; hamsters | Fla. Const. art. X, § 4(a)(2) | 5.00 | 5.00 |
| | Total: | 5,118.41 | 364,211.41 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt